UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE VERLINE WILDER, SR., ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| V. ) | **CASE NO. 7:15-cv-74-D** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs application to proceed in forma pauperis is GRANTED, and plaintiffs complaint is DISMISSED.

**This Judgment Filed and Entered on December 29, 2016, and Copies To:**

Lawrence Verline Wilder, Sr.　　　　　　　　　(Sent to 1101 Chestnut Street Wilmington,
　　　　　　　　　　　　　　　　　　　　　　　　NC 28401 via US Mail)

DATE:　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
December 29, 2016　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk